# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                                                   **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                                               **GREENBELT, MARYLAND   20770**
                                                                                                           **301-344-0052**

## M E M O R A N D U M

TO:         Counsel of Record

FROM:     Judge Roger W. Titus

RE:         *United States v. Aaron Lee Smiley*
                 Criminal Case No. RWT 16-cr-0121

DATE:     August 2, 2016

* * * * * * * *

After conferring with the parties, the telephone status conference schedule for August 4, 2016 is **RESCHEDULED for August 11, 2016, at 9:30 a.m.**, Government to initiate.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                       /s/
                                                Roger W. Titus
                                                United States District Judge