## ATTACHMENT A – Statement of Facts
## UNITED STATES V. AARON LEE SMILEY

*The United States and the Defendant, Aaron Lee Smiley, stipulate and agree that if this case proceeded to trial, the United States would prove the facts set forth below beyond a reasonable doubt. They further stipulate and agree that these are not all of the facts that the United States would prove if this case proceeded to trial.*

On March 15, 2016, Department of Homeland Security agents executed a federal search warrant at the residence of **AARON LEE SMILEY** ("**SMILEY**") in Mechanicsville, Maryland. Agents seized a Dell Optiplex, Model GX520, desktop computer containing a hard drive manufactured in China. Agents conducted a forensic preview of the computer. Under the profile with username "Aaron," agents found folders entitled "GDaughters," "pussy," and "XXX" that contained images and videos depicting child pornography.

*Victim A*

During a forensic examination of the Dell Optiplex computer, forensic examiners recovered more than 100 video recordings of ooVoo chats between **SMILEY** and a 16-year-old female, Victim A. ooVoo is a computer program that allows users to conduct live video chats over the internet. The videos can be recorded. The recorded video chats from **SMILEY's** Dell computer showed that from at least January 4, 2014 through February 23, 2014, **SMILEY** communicated with Victim A to induce and entice her to engage in sexual explicit conduct for the purpose of producing visual depictions of that conduct. Some of the split screen video chats recorded and saved by **SMILEY** depict **SMILEY** and Victim A masturbating. One video chat depicts sadistic or masochistic conduct involving Victim A. During the chats, **SMILEY** mentions knowing that Victim A is only 16 years old. When transmitted over the internet, the video chats between **SMILEY** and Victim A moved in interstate commerce.

*Victim B*

During a further forensic examination of the Dell Optiplex computer, forensic examiners recovered chats and images showing that from at least January 2, 2015 through March 15, 2015, **SMILEY** communicated with a 15-year-old girl, Victim B, via various internet chat and messaging programs, including KIK and Skype, to induce and entice Victim B to engage in sexually explicit conduct for the purpose of producing visual depictions of that conduct.

The forensic examination revealed logs of Skype chats between **SMILEY** ("imgsrcru69") and Victim B. The chats occurred in January and February 2015. In the chats, Victim B refers to **SMILEY** as "Daddy." **SMILEY** indicates that he knows Victim B is a minor. **SMILEY** and Victim B discussed sex. For example, a log of typed chats contained the following:

Victim B:   yeah, but I'd still like to get to know you a little bit more . . . just don't want everything to be built off of sex XD.

> **SMILEY**: I agree so much, that's why I want to talk so much. I don't want to always talk about sex and play.
>
> Victim B: Thank you daddy, so . . . tell me something so obscure about yourself you never tell anyone
>
> **SMILEY**: Besides, real sex comes from knowing each other well, that's making love. That's what I want, Princess, to make love to you.

The agents recovered approximately 15 images of a minor female, Victim B. Several of the images are "screen shots" of a live video chat between Victim B and **SMILEY**. Three of the "screen shots" depict Victim B, nude from the waist down with her legs spread, touching her vaginal area. One of the "screen shots" is a close up image of Victim B's vaginal area. One image is a certificate from Victim B's school from January 2015. When transmitted over the internet, the video chats between **SMILEY** and Victim B moved in interstate commerce.

*Victim C*

In March 2016, Department of Homeland Security agents executed a search warrant on **SMILEY**'s email account "1imgsrcru69@gmail.com." Review of **SMILEY**'s email account yielded two photographs taken using a cellular telephone. The photographs depict a man's hand pulling back the underwear of a pre-pubescent girl, Victim C, to reveal the girl's vagina. In early July 2015, Victim C, with her family, visited an acquaintance of **SMILEY**. **SMILEY** had visited the acquaintance on several occasions and entertained several children who were present at the acquaintance's house, including by providing them with coloring books, glitter glue, and stickers. On or about July 3, 2015, **SMILEY** used his cellular telephone to take the pictures of Victim C's vagina later found in his email account.

**SMILEY** knew that Victim C was a minor under the age of twelve at the time the photos were taken. The cellular telephone used by **SMILEY** to take pictures of Victim C was manufactured outside the state of Maryland and therefore affected interstate commerce when it was transported into the state of Maryland. At the time the photographs were taken, Victim C was in the custody, care, or supervisory control of **SMILEY**.

*Victim D*

From **SMILEY's** email account "1imgsrcru69@gmail.com," agents identified a picture of a girl, Victim D, that included a hospital identification band. Additional photographs show the exposed vagina of the same girl. A search warrant was executed on an HTC-0PVC100 that was seized from **SMILEY** at the time of his arrest. Analysis of the phone contents led to the recovery of the same photographs of Victim D that had been found in **SMILEY's** email account. Forensic information showed that the pictures had been transmitted to **SMILEY** via KIK. **SMILEY** requested and Victim D took and sent pictures of herself to **SMILEY** that depicted child pornography. Victim D was 14 years old or younger when she sent pictures of herself to **SMILEY** at his request. When transmitted over the internet, the pictures sent to **SMILEY** by Victim D moved in interstate commerce.

2

I have read this Statement of Facts and carefully reviewed every part of it with my attorney. I understand it, and I voluntarily agree to it. I do not wish to change any part of it.

_7-13-17_
Date

_(signed) Aaron Smiley_
Aaron Lee Smiley

I am Aaron Lee Smiley's attorney. I have carefully reviewed every part of this Statement of Facts with him. To my knowledge, his decision to sign it is an informed and voluntary one.

_7/13/17_
Date

_(signed) Amy Fitzgibbons_
Amy Fitzgibbons, Esq.

3